IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SKYE COUAMIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BURLINGTON COAT FACTORY DIRECT CORPORATION, AND BURLINGTON COAT FACTORY DIRECT CORPORATION,<br><br>　　　　Defendants. | Civil Action File<br>No. 1:21-cv-02470-MLB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff and the Defendant in the above-styled civil action, by and through counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of the above-styled civil action and all claims made therein **WITH PREJUDICE**.  Each party shall bear its or her own fees and costs.

Respectfully submitted this 11th day of November, 2021.

Respectfully submitted,

CAMBRE & ASSOCIATES

S/ CASSIE D. PRESTON (w/ express permission)
CASSIE D. PRESTON
Georgia Bar No. 940960
Attorneys for plaintiff

DREW, ECKL & FARNHAM, LLP

S/ G. RANDALL MOODY
G. RANDALL MOODY
Georgia Bar No. 517702
Attorneys for defendants

**CERTIFICATE OF FONT COMPLIANCE**

Counsel for defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court: Courier New 12 Point.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL** upon all parties concerned via the court's e-filing system which will automatically send email notification of such filing to the attorneys or parties of record:

>Cassie Preston
>Cambre & Associates
>2310 Parklake Drive, Suite 300
>Atlanta, Georgia 303451

This 11th day of November, 2021

>Respectfully submitted,
>
>DREW, ECKL & FARNHAM, LLP
>
>/s/ G. RANDALL MOODY
>_____
>G. RANDALL MOODY
>Georgia Bar No. 517702

303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400 – phone
(404) 876-0992 – fax
moodyr@deflaw.com

12005269/1
06544-204854